UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ROBERTO GOMEZ, on behalf of himself and all others similarly situated,

                            Plaintiff(s),

          - against -

MARIO'S PIZZERIA OF SEAFORD CORP., d/b/a MARIO'S PIZZERIA; MARIO'S PIZZERIA OF WESTBURY, INC., d/b/a MARIO'S PIZZERIA; MARIO'S PIZZA & PASTA INC., d/b/a MARIO'S PIZZERIA; MARIO'S PLAINVIEW RISTORANTE, d/b/a MARIO'S PIZZERIA; OYSTER BAY MARIOS CORP., d/b/a MARIO'S PIZZERIA; SYOSSET PIZZA, INC., d/b/a MARIO'S PIZZERIA; MARIO'S PIZZERIA OF GREAT NECK, d/b/a MARIO'S PIZZERIA; DEMETRES SPANOS (individually); and ISIDOROS SPANOS (individually),

                            Defendants.

Case No.:
15-CV-2209 (JFB) (SIL)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

-------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties in the above captioned action, through the undersigned counsel, that, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed with prejudice and without costs, disbursements or attorneys' fees (other than those specified in the Settlement Agreement).

The Court retains jurisdiction over the Settlement Agreement resolving this action.

Dated: Great Neck, New York
          August __, 2016

Ackerman, Levine, Cullen,
Brickman & Limmer, LLP
*Attorneys for Plaintiff*

By: _____
Jose Santiago, Esq.
1010 Northern Boulevard, Suite 400
Great Neck, New York 11021
(516) 829-6900

Dated: Mineola, New York
          August __, 2016

Bee Ready Fishbein Hatter &
Donovan, LLP
*Attorneys for Defendants*

By: _____
Deanna Panico, Esq.
170 Old Country Road
Mineola, New York 11501
(516) 746-5599

13

So Ordered:

_____
U.S.D.J.

14